IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02105-RPM

SARA SCHNEEBERGER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY;
JOHN DOE and
JANE DOE,

    Defendants.

---

ORDER GRANTING MOTION TO WITHDRAW MOTION TO REMAND

---

Upon consideration of the Motion to Withdraw Motion to Remand for Lack of Subject Matter Jurisdiction [9], it is

ORDERED that the motion to remand is withdrawn from the record.

Dated: September 22nd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge