**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                November 13, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-02105-RPM

SARA SCHNEEBERGER,                                           Dominick M. Saia

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and     Andrew A. Scott
JOHN AND JANE DOES whose identification are unknown.

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**2:25 p.m.     Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Saia informs the Court that Mr. Gulinson is lead counsel and is not present because of health conditions.

**ORDERED:**   Plaintiff's Motion for Certification of Question(s) of Law to the Colorado Supreme Court and Reconsideration of Order of Dismissal of October 15, 2009, filed October 30, 2009, is denied.

Discussion regarding case facts.

Mr. Scott states Allstate is not denying coverage.
Counsel state that there is a December 15, 2009 mediation scheduled and agree to conduct plaintiff's deposition first.

Court instructs Mr. Saia to provide medical releases and to confer with Mr. Scott regarding their scope.

**ORDERED:**   Scheduling Order approved.

**2:38 p.m. Court in recess.**          Hearing concluded.  Total time: 13 min.