IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02105-RPM-MEH

SARA SCHNEEBERGER,

 Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation;
JOHN DOE and JANE DOE, whose identities are unknown,

 Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

 Pursuant to the Stipulation for Dismissal with Prejudice [31], it is

 ORDERED that the above-captioned action is dismissed with prejudice, each party to pay their respective costs and attorney fees.

 Dated this 22nd day of April, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge